1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   VINCENT J. BIAGAS, SR.,

11              Petitioner,                    No. CIV S-09-1022 GGH P

12        vs.

13   JAMES WALKER,

14              Respondent.            <u>ORDER</u>

15   _____/

16          On September 9, 2009, petitioner filed objections to the August 31, 2009 order.

17   This habeas corpus action was closed on August 31, 2009.  Petitioner's filing does not appear to

18   be one contemplated by the Federal Rules of Civil or Appellate Procedure.

19          If the "objection" had related to the merits of the habeas corpus petition, or

20   disagreement with the underlying orders, the undersigned would treat it as a notice of appeal, but

21   it does not so relate.  If the "objection" had stated any colorable reason why the court's previous

22   order could not be satisfied, the undersigned would treat it as a Fed.R.Civ.P 59 or 60 motion.

23   However, the "objection" does not contain any colorable reason– just a set of unsupported

24   conclusions.  The undersigned observes that petitioner's purported eyesight problem does not

25   seem to prevent him from filing any documents which he desires to file when he desires to file

26   them.

1    Therefore, this document will be placed in the file and disregarded.

2    IT IS SO ORDERED.

3    DATED: September 29, 2009

4    /s/ Gregory G. Hollows

5    _____
     GREGORY G. HOLLOWS
6    UNITED STATES MAGISTRATE JUDGE

     GGH:md
7    biag1022.58.ggh

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26